UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADIHA MINER, a.k.a. POCAHONTAS,<br><br>Plaintiff,<br><br>v.<br><br>PERRI ARLETTE REID,<br><br>Defendant. | No. 2:19-cv-01575-TLN-EFB<br><br><br><br>ORDER |

    Plaintiff Madiha Miner, a.k.a. Pocahontas ("Plaintiff") proceeding *pro se* filed her Complaint on August 14, 2019.  (ECF No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 24, 2020, the magistrate judge filed findings and recommendations herein which were served on the Plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.)  Plaintiff did not file objections.

    Accordingly, the Court presumes that any findings of fact are correct. See *Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. See *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); see also 28 U.S.C. § 636(b)(1).

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed March 24, 2020, are adopted; and
2. This action is DISMISSED without prejudice for failure to state a claim as set forth in the February 18, 2020 order (ECF No. 6).

IT IS SO ORDERED.

DATED: April 20, 2020

Troy L. Nunley
United States District Judge